# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **EDWINNA DONNELL CECIL,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19CV00024 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MISSY WOODWARD, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

This action was filed on June 10, 2019. More than 90 days have elapsed and no proof of service on any of the defendants has been filed. On October 9, 2019, the Court directed Plaintiff to show cause within 14 days why the defendants should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). ECF No. 2. No such cause has been shown. Accordingly, the action against the defendants is DISMISSED without prejudice.

The Clerk shall close the case.

It is so **ORDERED**.

ENTER: November 4, 2019

/s/ James P. Jones
United States District Judge